UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EAST BANK PRIMARY CARE ASSOCIATES | CIVIL ACTION |
| VERSUS | NO. 06-7500 |
| USI GULF COAST, ET AL. | SECTION "R"(4) |

**ORDER**

Before the Court is defendants' motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to plaintiff's claims against Chris Casbarian and USI Gulf Coast. (R. Doc. 4). Plaintiff sued Valley Forge Insurance Company, its commercial property insurer, and Chris Casbarian and USI Gulf Coast, its insurance agents, after plaintiff suffered damage as a result of Hurricane Katrina. On January 29, 2007, this Court denied plaintiff's motion to remand, finding that plaintiff's claims against Casbarian and USI Gulf Coast for failure to procure adequate insurance coverage were perempted by the terms of La. Rev. Stat. § 9:5606. *See Delta Coatings, Inc. v. Insurance Underwriters, Ltd.*, 2007 WL 274789 (E.D. La. Jan. 29, 2007). In reaching its result, the Court concluded that

plaintiff could not establish a cause of action under Louisiana law against Casbarian and USI Gulf Coast.  Because no genuine issue of fact exists and plaintiff is unable to prevail as a matter of law, summary judgment is appropriate as to plaintiff's claims against Casbarian and USI Gulf Coast.  Thus, the Court GRANTS defendants' motion.

New Orleans, Louisiana, this  6th  day of February, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE